IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEANGELO ANTOINE HUGHES,                    No C-10-0944 VRW

        Petitioner,

       v                                           ORDER

JAMES WALKER, Warden,

        Respondent.
_____/

      Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of Solano, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Petitioner is presently incarcerated at California State Prison-Sacramento, which also lies within the venue of the Eastern District of California.  Id.

      Venue in a habeas action is proper in either the district of confinement or the district of conviction.  See 28 USC § 2241(d).  Because both the county of conviction and confinement lie within the Eastern District of California, pursuant to 28 USC § 1406(a) and

1  Habeas Local Rule 2254-3(b) and in the interest of justice, the
2  undersigned orders this Petition TRANSFERRED to the United States
3  District Court for the Eastern District of California.
4      The clerk is DIRECTED to terminate all motions and to
5  transfer the file.

7      IT IS SO ORDERED.

_____

**VAUGHN R WALKER**
**United States District Chief Judge**

G:\VRWLC2\Bobby Littlehale\Criminal\Hughes v Walker (Habeas)\Transfer.wpd